UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| ESTATE OF GREGORY JOHN MORCOM, et al., | ) ) ) | 3:12-CV-0093-RCJ (VPC) |
| Plaintiffs, | ) ) | **MINUTES OF THE COURT** |
| vs. | ) ) | |
| RENO AIR RACING ASSOCIATION, INC., | ) ) ) | |
| Defendants. | ) ) | |

PRESENT:     THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:     LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

     The court has reviewed the stipulation to stay all proceedings (#21) for 120 days is **GRANTED**.  A case management conference is set for **Wednesday, September 12, 2012 at 9:30 a.m.**  Counsel are directed to file a joint or separate case management report no later than the close of business on Friday, September 7, 2012 to advise the court of the extrajudicial dispute resolution process.  If settlement negotiations are not successful, counsel are directed to be prepared to submit a proposed discovery plan and scheduling order on Friday, September 7, 2012.

     **IT IS SO ORDERED.**

                                                            LANCE S. WILSON, CLERK

                                        By:             /s/
                                                            Deputy Clerk